# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:10-CR-45 |
| | ) | |
| **TRAVIS SENTEL MCCRIMMON** | ) | |
| | ) | |

## ORDER TO SEAL

Based upon the motion of the Government to seal pursuant to SDGA LR Crim. 49.1, and for good cause shown therein, it is hereby ORDERED:

That Exhibit A to Government's response to Defendant Travis Sental McCrimmon's motion for compassionate release in the above-referenced filing, and all pleadings and process issued thereunder, be sealed until further Order by this Court.

The United States Attorney's Office, and any other governmental investigative and prosecutorial entities to whom the listed organizations share materials may share and use the filings in this sealed case in accordance with their official duties, and access and use of the sealed materials is limited to the Court, the parties listed above, and any criminal defense counsel receiving these materials through a criminal discovery order or similar court order.

Nothing in this Order shall prevent criminal defense counsel from challenging the issuance of this judicial process, except that they will be required to file any sealed

filings under seal.[1]

**SO ORDERED** this 8th day of April, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Government's motion to seal recites that the duration of the sealing of these papers should be indefinite.  It is not clear to the undersigned that such representation constitutes a sufficiently specific triggering circumstance for unsealing as contemplated by LR Crim. 49.1.  Nevertheless, the Court is persuaded that sealing these matters until further order of the Court is warranted by the facts of this particular matter.